COA # 08-13-00072-CR          OFFENSE: OTHER CRIMINAL

STYLE: The State of Texas v. Rocio Romero          COUNTY: El Paso

COA DISPOSITION: Rev/Rem          TRIAL COURT: 409th District Court

DATE: 1/14/2015          Publish: no     TC CASE #: 20120D01434

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: The State of Texas v. Rocio Romero          CCA #: _____

_APPELLEE'S_ Petition          CCA Disposition: **185-15**

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_Refused_          JUDGE: _____

DATE: _May 20, 2015_          SIGNED: _____     PC: _____

JUDGE: _PC_          PUBLISH: _____     DNP: _____

---

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____